UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILLIP J. MAHONEY,<br><br>              Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Texas Limited Liability Company; BANK OF AMERICA, N.A., a Federally Chartered bank, Headquartered in Charlotte, North Carolina,<br><br>              Defendants. | Case No.:  2:13-cv-00128-JLQ<br><br>ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE  and CLOSING FILE |

THIS MATTER having come on regularly for hearing upon the written, filed and submitted Stipulation for an Order of Dismissal With Prejudice entered into between the parties hereto, and the Court being fully apprised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that The Clerk of this court shall enter judgment dismissing the Complaint and the claims therein against Defendants Nationstar Mortgage, LLC and/or Bank of America, N.A. with prejudice and without attorneys' fees or costs to any party hereto.

ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No.:  2:13-cv-00128-JLQ
Mahoney71.wpd

WK **WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

Upon entry of this Order and judgment, the Clerk shall forward copies to counsel and then close this file.

DONE IN OPEN COURT this 1st day of July, 2013.

/s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SR. UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 2
Case No.:  2:13-cv-00128-JLQ
Mahoney71.wpd

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728