# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PHILLIP J. MAHONEY,

*Plaintiff*

v.

NATIONSTAR MORTGAGE, LLC, a Texas Limited Liability Company; BANK OF AMERICA, N.A., a Federally Chartered bank, Headquartered in Charlotte, North Carolina

*Defendants*

Civil Action No.  2:13-cv-00128-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint and the claims therein against Defendants Nationstar Mortgage, LLC and/or Bank of America, N.A. are dismissed with prejudice and without attorneys' fees or costs to any party hereto.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for  STIPULATION FOR AN ORDER OF DISMISSAL WITH PREJUDCE.

Date:  July 1, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*
Jaime M. White